**RECEIVED**

JAN 2 8 2026

CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF IOWA

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Criminal No. 1:26-cr-003 |
| | ) | |
| v. | ) | INDICTMENT |
| | ) | |
| PHILLIP MAURICE BUNNEY III, | ) | T. 21 U.S.C. § 841(a)(1) |
| CAREY JAMES LEGVOLD, | ) | T. 21 U.S.C. § 841(b)(1)(A) |
| JULIO ROSAS CALDERON, and | ) | T. 21 U.S.C. § 846 |
| RYAN JAMES STONE, | ) | T. 21 U.S.C. § 851 |
| | ) | |
| Defendants. | ) | |

**THE GRAND JURY CHARGES:**

## COUNT 1
### (Conspiracy to Distribute a Controlled Substance)

From a date unknown, but by at least January 2025, and continuing until September 11, 2025, in the Southern District of Iowa and elsewhere, the defendants, PHILLIP MAURICE BUNNEY III, CAREY JAMES LEGVOLD, JULIO ROSAS CALDERON, and RYAN JAMES STONE, conspired, with each other and with other persons known and unknown to the Grand Jury, to knowingly and intentionally possess with intent to distribute and distribute a controlled substance, namely: 50 grams or more of methamphetamine and 500 grams or more of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

This is a violation of Title 21, United States Code, Sections 846 and 841(b)(1)(A).

**THE GRAND JURY FINDS:**

## PRIOR CONVICTION

Prior to the commission of the offense charged in Count 1 of this Indictment, the defendant, RYAN JAMES STONE, was convicted of Possession with Intent to Distribute Methamphetamine, in violation of Title 21, United States Code, Section 841(a)(1) and 841(b)(1)(B), in the Southern District of Iowa, case number 4:10-cr-21, on February 11, 2011, a serious drug felony, for which the defendant served more than 12 months of imprisonment and in which the defendant was released from any term of imprisonment within 15 years of the commencement of the instant offense.

This is pursuant to Title 21, United States Code, Section 851.

**THE GRAND JURY FURTHER FINDS:**

<u>**NOTICE OF FORFEITURE**</u>

That upon conviction of the offense set forth in Count 1 of this Indictment, the defendant, JULIO ROSAS CALDERON, shall forfeit, to the United States, the following:

A. **Proceeds.** Any and all property constituting, and derived from, any proceeds such defendant obtained, directly or indirectly, and as a result of such violation, and

B. **Facilitation.** Any property used and intended to be used in any manner, or part, to commit or to facilitate the commission of such violation.

The property to be forfeited includes, but is not limited to: (1) a Sig Sauer, P320, pistol, with serial number 58C102855, and ammunition, (2) a Mossberg, model 88, 12-gauge shotgun, with serial number MV0183505, and ammunition, and (3) a DPMS, AR-15 rifle, with serial number FFH137165, and ammunition, all seized from the residence at 303 Thunderbird Drive, Marshalltown, Iowa.

This is pursuant to Title 21, United States Code, Section 853, and Rule 32.2(a) of the Federal Rules of Criminal Procedure.

**A TRUE BILL.**

_____
FOREPERSON

David C. Waterman
United States Attorney

By: _____
Shelly Sudmann
Assistant United States Attorney

3