## United States District Court for the Southern District of Iowa

Presiding: Honorable Helen C. Adams, U.S. Magistrate Judge

Criminal No. 1:26-cr-00003-RGE-HCA-4          :    Clerk's Court Minutes – Initial Appearance/Arraignment

United States of America vs. Ryan James Stone

Gov. Atty(s): Jonathan Louis Holscher          : ☑Indictment  ☐Superseding Indictment  ☐Information
Def. Atty(s): Nova Danielle Janssen for Joseph D. Herrold  : ☐Complaint  ☐Warrant  ☐Summons
Def. Appears: ☑In Person  ☐Video Conference : Code Violation/Offense:
         ☐All Parties Consent to Video Proceeding : Ct 1 - 21:841(a)(1), 841(b)(1)(A) and 846. Conspiracy to
Court Reporter: FTR Gold                        : Distribute a Controlled Substance (Methamphetamine)
Interpreter: N/A                                :
         ☐Interpreter Sworn

Date: January 30, 2026

Initial Appearance Start Time: 1:36 p.m.    Arraignment Start Time: 1:39 p.m.    End Time: 1:44 p.m.

### Initial Appearance

☑Advised of Rights
☐Advised of Consular Notification Rights          : ☑Appointed/Previously Appointed FPD
Requesting Consular Notification ☐Yes ☐No : ☐Appointed/Previously Appointed CJA Counsel
☑Rule 5 Admonition Given                          : ☐Retained Counsel

### Arraignment

Trial Scheduled for: March 30, 2026          : ☑Advised of Charges/Maximum Penalties
Rule 16 Material due: February 9, 2026        : ☑Indicted in True Name
Reciprocal Discovery due: February 19, 2026   :    True Name:
Pretrial Motions due: March 9, 2026           : ☑Reading of Indictment Waived
Plea Notification Deadline: March 13, 2026    :    Plea of Not Guilty Accepted as to Ct(s): 1
Plea Entry Deadline: March 16, 2026           : ☑Denied Forfeiture
Status/Scheduling Conference (Counsel Only):  ☑Defendant advised that failure to enter a plea by deadline
March 9, 2026 at 9:10 a.m. before the Honorable William P. Kelly :    may negatively impact consideration and finding regarding
via Webex                                         reduction in offense level based upon Acceptance of
                                                  Responsibility pursuant to USSG.

### Custody Status

                                              :
☑Government Moved for Detention               :
☐Defendant Waived Preliminary Examination     : Detention Hearing Set: February 6, 2026 at 2:00 p.m.
☐Defendant Waived Detention Hearing           : Before: The Honorable Helen C. Adams
                                              : Courthouse: Des Moines      Room: 540
Court Ordered Defendant:                      : Revocation Hearing Set:
☐Released on Bond                             : Before:
☑Detained                                     : Courthouse:          Room:

Parties advised that The Honorable Rebecca Goodgame Ebinger generally will grant only one continuance of trial.

/s/ K. Platt
Deputy Clerk