**United States District Court for the Southern District of Iowa**

Presiding: Honorable Helen C. Adams, U.S. Magistrate Judge

Criminal No. 1:26-cr-00003-RGE-HCA-4          :    Clerk's Court Minutes – Initial Appearance/Arraignment

United States of America vs. Ryan James Stone

Gov. Atty(s): Jonathan Louis Holscher          : ☑Indictment ☐Superseding Indictment ☐Information

Def. Atty(s): Nova Danielle Janssen for Joseph D. Herrold : ☐Complaint ☐Warrant ☐Summons

Def. Appears: ☑In Person ☐Video Conference : Code Violation/Offense:

☐All Parties Consent to Video Proceeding : Ct 1 - 21:841(a)(1), 841(b)(1)(A) and 846. Conspiracy to

Court Reporter: FTR Gold          : Distribute a Controlled Substance (Methamphetamine)

Interpreter: N/A          :

☐Interpreter Sworn

Date: January 30, 2026

Initial Appearance Start Time: 1:36 p.m.    Arraignment Start Time: 1:39 p.m.    End Time: 1:44 p.m.

## Initial Appearance

☑Advised of Rights

☐Advised of Consular Notification Rights    : ☑Appointed/Previously Appointed FPD

Requesting Consular Notification ☐Yes ☐No : ☐Appointed/Previously Appointed CJA Counsel

☑Rule 5 Admonition Given          : ☐Retained Counsel

## Arraignment

Trial Scheduled for: March 30, 2026          : ☑Advised of Charges/Maximum Penalties

Rule 16 Material due: February 9, 2026          : ☑Indicted in True Name

Reciprocal Discovery due: February 19, 2026 :    True Name:

Pretrial Motions due: March 9, 2026          : ☑Reading of Indictment Waived

Plea Notification Deadline: March 13, 2026          :    Plea of Not Guilty Accepted as to Ct(s): 1

Plea Entry Deadline: March 16, 2026          : ☑Denied Forfeiture

Status/Scheduling Conference (Counsel Only): ☑Defendant advised that failure to enter a plea by deadline

March 9, 2026 at 9:10 a.m. before the Honorable William P. Kelly :    may negatively impact consideration and finding regarding

via Webex          reduction in offense level based upon Acceptance of

Responsibility pursuant to USSG.

## Custody Status

☑Government Moved for Detention          :

☐Defendant Waived Preliminary Examination : Detention Hearing Set: February 6, 2026 at 2:00 p.m.

☐Defendant Waived Detention Hearing          : Before: The Honorable Helen C. Adams

Court Ordered Defendant:          : Courthouse: Des Moines          Room: 540

☐Released on Bond          : Revocation Hearing Set:

☑Detained          : Before:

Courthouse:          Room:

Parties advised that The Honorable Rebecca Goodgame Ebinger generally will grant only one continuance of trial.

/s/ K. Platt

Deputy Clerk