**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA**

|  |  |  |
|---|---|---|
| UNITED STATES of AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | **Case No.** 1:26-cr-00003-RGE-HCA-4 |
| | ) | |
| vs. | ) | |
| | ) | **RULE 5 ORDER** |
| Ryan James Stone , | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

Pursuant to the Due Process Protections Act, the Court confirms the United States'

obligation to disclose to the defendant all exculpatory evidence-that is, evidence that favors the

defendant or casts doubt on the United States' case, as required by *Brady v. Maryland,* 373 U.S.

83 (1963) and its progeny, and ORDERS the United States to do so. Failure to disclose

exculpatory evidence in a timely manner may result in consequences, including, but not limited

to, exclusion of evidence, adverse jury instructions, dismissal of charges, contempt proceedings,

disciplinary action, or sanctions by the Court.

**IT IS SO ORDERED.**

Date: January 30, 2026

*Helen C. Adams*
*Judge's signature*

Helen C. Adams, U.S. Magistrate Judge
*Printed name and title*