## United States District Court for the Southern District of Iowa

Presiding: Honorable Helen C. Adams, U.S. Magistrate Judge

Criminal No. 1:26-cr-00003-RGE-HCA : Clerk's Court Minutes – Initial Appearance/Arraignment

United States of America vs. Phillip Maurice Bunney, II & Carey James Legvold

Gov. Atty(s): Jonathan Louis Holscher : ☑Indictment ☐Superseding Indictment ☐Information

Def. Atty(s): See Below : ☐Complaint ☐Warrant ☐Summons

Def. Appears: ☑In Person ☐Video Conference : Code Violation/Offense:

☐All Parties Consent to Video Proceeding : Phillip Maurice Bunney, II (1), Carey James Legvold (2)

Court Reporter: FTR Gold : Ct 1- 21:841(a)(1), 841(b)(1)(A) and 846. Conspiracy to

Interpreter: : Distribute a Controlled Substance (Methamphetamine)

☐Interpreter Sworn

Date: January 30, 2026

Initial Appearance Start Time: 2:09 p.m.   Arraignment Start Time: 2:16 p.m.   End Time: 2:23 p.m.

### Initial Appearance

☑Advised of Rights

☐Advised of Consular Notification Rights : ☐Appointed/Previously Appointed FPD

Requesting Consular Notification ☐Yes ☐No : ☑Appointed/Previously Appointed CJA Counsel

☑Rule 5 Admonition Given : ☐Retained Counsel

### Arraignment

Trial Scheduled for: March 30, 2026 : ☑Advised of Charges/Maximum Penalties

Rule 16 Material due: February 9, 2026 : ☑Indicted in True Name

Reciprocal Discovery due: February 19, 2026 : True Name:

Pretrial Motions due: March 9, 2026 : ☑Reading of Indictment Waived

Plea Notification Deadline: March 13, 2026 : Plea of Not Guilty Accepted as to Ct(s): 1

Plea Entry Deadline: March 16, 2026 : ☐Denied Forfeiture

Status/Scheduling Conference (Counsel Only): ☑Defendant advised that failure to enter a plea by deadline

March 9, 2026 at 9:10 a.m. before the Honorable William P. Kelly : may negatively impact consideration and finding regarding

via Webex reduction in offense level based upon Acceptance of

Responsibility pursuant to USSG.

### Custody Status

☑Government Moved for Detention :

☐Defendant Waived Preliminary Examination : Detention Hearing Set: February 5, 2026 at 2:00 p.m.

☐Defendant Waived Detention Hearing : Before: The Honorable Helen C. Adams

Court Ordered Defendant: : Courthouse: Des Moines   Room: 540

☐Released on Bond : Revocation Hearing Set:

☑Detained : Before:

Courthouse:   Room:

CJA Mary C. Gryva appears for CJA Keith J. Rigg for Defendant Phillip Maurice Bunney, III for the purpose of today's hearing only. Robert Benjamin Stone appears for Defendant James Legvold. Parties advised that The Honorable Rebecca Goodgame Ebinger generally will grant only one continuance of trial.

/s/ K. Platt

Deputy Clerk