## United States District Court for the Southern District of Iowa

Presiding: Honorable Helen C. Adams, U.S. Magistrate Judge

Criminal No. 1:26-cr-00003-RGE-HCA        :    Clerk's Court Minutes – Initial Appearance/Arraignment

United States of America vs.  Phillip Maurice Bunney, II & Carey James Legvold

Gov. Atty(s): Jonathan Louis Holscher        : ☑Indictment ☐Superseding Indictment ☐Information
Def. Atty(s):  See Below        : ☐Complaint ☐Warrant ☐Summons
Def. Appears: ☑In Person ☐Video Conference : Code Violation/Offense:
    ☐All Parties Consent to Video Proceeding : Phillip Maurice Bunney, II (1), Carey James Legvold (2)
Court Reporter: FTR Gold        :  Ct 1- 21:841(a)(1), 841(b)(1)(A) and 846. Conspiracy to
Interpreter:        : Distribute a Controlled Substance (Methamphetamine)
    ☐Interpreter Sworn

Date: January 30, 2026

Initial Appearance Start Time: 2:09 p.m.    Arraignment Start Time: 2:16 p.m.    End Time: 2:23 p.m.

### Initial Appearance

☑Advised of Rights
☐Advised of Consular Notification Rights
Requesting Consular Notification ☐Yes ☐No
☑Rule 5 Admonition Given

: ☐ Appointed/Previously Appointed FPD
: ☑ Appointed/Previously Appointed CJA Counsel
: ☐Retained Counsel
:

### Arraignment

Trial Scheduled for: March 30, 2026
Rule 16 Material due: February 9, 2026
Reciprocal Discovery due: February 19, 2026
Pretrial Motions due: March 9, 2026
Plea Notification Deadline: March 13, 2026
Plea Entry Deadline: March 16, 2026
Status/Scheduling Conference (Counsel Only):
March 9, 2026 at 9:10 a.m. before the Honorable William P. Kelly
via Webex

: ☑Advised of Charges/Maximum Penalties
: ☑Indicted in True Name
:     True Name:
: ☑Reading of Indictment Waived
:    Plea of Not Guilty Accepted as to Ct(s): 1
: ☐Denied Forfeiture
☑Defendant advised that failure to enter a plea by deadline may negatively impact consideration and finding regarding reduction in offense level based upon Acceptance of Responsibility pursuant to USSG.

### Custody Status

☑Government Moved for Detention
☐Defendant Waived Preliminary Examination
☐Defendant Waived Detention Hearing

Court Ordered Defendant:
☐Released on Bond
☑Detained

:
: Detention Hearing Set: February 5, 2026 at 2:00 p.m.
: Before: The Honorable Helen C. Adams
: Courthouse: Des Moines        Room: 540
: Revocation Hearing Set:
: Before:
   Courthouse:        Room:

CJA Mary C. Gryva appears for CJA Keith J. Rigg for Defendant Phillip Maurice Bunney, III for the purpose of today's hearing only. Robert Benjamin Stone appears for Defendant James Legvold.  Parties advised that The Honorable Rebecca Goodgame Ebinger generally will grant only one continuance of trial.

/s/ K. Platt
Deputy Clerk