**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA**

| | |
|---|---|
| UNITED STATES of AMERICA, ) | |
| ) | |
| Plaintiff, ) | **Case No.** 1:26-cr-00003-RGE-HCA -2 |
| ) | |
| vs. ) | |
| ) | **RULE 5 ORDER** |
| Carey James Legvold , ) | |
| ) | |
| Defendant. ) | |
| ) | |

Pursuant to the Due Process Protections Act, the Court confirms the United States' obligation to disclose to the defendant all exculpatory evidence-that is, evidence that favors the defendant or casts doubt on the United States' case, as required by *Brady v. Maryland,* 373 U.S. 83 (1963) and its progeny, and ORDERS the United States to do so. Failure to disclose exculpatory evidence in a timely manner may result in consequences, including, but not limited to, exclusion of evidence, adverse jury instructions, dismissal of charges, contempt proceedings, disciplinary action, or sanctions by the Court.

**IT IS SO ORDERED.**

Date: January 30, 2026

_Helen C. Adams_
*Judge's signature*

Helen C. Adams, U.S. Magistrate Judge
*Printed name and title*