AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT

for the

Southern District of Iowa

Received
U.S. Marshals Service
Southern District of Iowa
3:36 pm, Jan 28 2026

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA<br>v.<br><br>RYAN JAMES STONE<br>*Defendant* | )<br>)<br>)<br>)<br>)<br>) | Case No.   1:26-cr-003 |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   RYAN JAMES STONE                                                                                                         ,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment        ☐ Superseding Indictment      ☐ Information      ☐ Superseding Information      ☐ Complaint

☐ Probation Violation Petition      ☐ Supervised Release Violation Petition      ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:

Ct. 1: Conspiracy to Distribute a Controlled Substance, in violation of 21 U.S.C. §§ 841(a)(1), 841(b)(1)(A), 846

WARRANT ISSUED

CHANDLOR G. COLLINS, Clerk

By: *Vicki A Ride*

DEPUTY CLERK

Date:      01/28/2026

*Issuing officer's signature*

City and state:         Council Bluffs, Iowa

Helen C. Adams, U.S. Magistrate Judge
*Printed name and title*

---

**Return**

This warrant was received on *(date)*  1-28-2026 , and the person was arrested on *(date)*  1-30-2026
at *(city and state)*  Oskaloosa, Iowa    .

Date:  1-30-2026

*Arresting officer's signature*

Keegan Keeney   DEA SA
*Printed name and title*