IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA DISTRICT OF IOWA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | |
| vs. | ) | NO.  1:26-cr-00003-rge-hca |
| RYAN STONE, | ) | |
| Defendant. | ) | |

APPEARANCE

COMES NOW Chad Frese, and hereby enters his appearance on behalf of

the Defendant, Ryan Stone.

RYAN STONE, Defendant

/s/ Chad R. Frese
Chad R. Frese
KAPLAN & FRESE, LLP
111 E Church Street
Marshalltown, IA 50158
Phone:  (641) 753-5549
Fax:  (641) 753-0962
Email: chad@kaplanfrese.com

CERTIFICATE OF SERVICE

I hereby certify that on **February 4, 2026**
I electronically filed the foregoing with
the Clerk of Court using the ECF system
which will send notification of such filing
to the attorneys of record.

Ryan Stone, Defendant

By:  /s/ Chad Frese
     Attorney for Defendant