## UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF IOWA

| | |
|---|---|
| United States of America | Case No. 1:26-cr-00003-RGE-HCA-1 |
| vs. | |
| Phillip Maurice Bunney, III (1), Carey James Legvold (2), Julio Rosas Calderon (3), Ryan James Stone (4) | ORDER CONTINUING TRIAL |

At the request of the (Defendants) Government, ECFs 85, 86, 87, 88  , trial in this case is continued. Pursuant to 18 U.S.C. § 3161, IT IS ORDERED that the time between the motion and new trial date is excluded from Speedy Trial Act calculations. The Court finds that a continuance is in the interest of justice, which outweighs the interests of the public and Defendant(s) in a speedy trial, for the following reasons:

_____ Delay associated with proceedings to determine competency. 18 U.S.C. § 3161(h)(1)(A).

Delay associated with the need to resolve pretrial motions. 18 U.S.C. § 3161(h)(1)(D).

Delay associated with consideration by the Court of a proposed plea agreement. 18 U.S.C. § 3161(h)(1)(G).

Delay associated with absence or unavailability of the defendant or an essential witness. 18 U.S.C. § 3161(h)(3)(A).

Reasonable delay for a defendant who is joined for trial with a co-defendant(s) whose time for speedy trial has not elapsed, and no motion for severance has been granted. 18 U.S.C. § 3161(h)(6).

Case is so unusual or complex that it is unreasonable to expect adequate preparation for pretrial and/or trial proceedings without allowing additional time. 18 U.S.C. § 3161(h)(7)(B)(ii).

Case is not unusual or complex, but defendant(s) needs time to retain counsel or have continuity of counsel. 18 U.S.C. § 3161(h)(7)(B)(iv).

✔ A failure to grant a continuance will deny reasonable time necessary for adequate preparation for trial, even with the exercise of due diligence by the parties. 18 U.S.C. § 3161(h)(7)(B)(iv).

Other:_____

### New Trial Date and Deadlines:

Trial Shall begin: June 29, 2026_____.
A separate Order may be entered with requirements for trial preparation and specific motions.

Discovery Completed/Supplemented by:_____

Reciprocal Discovery Due:_____

Pretrial Motions Shall be Filed: April 29, 2026_____

Plea Notification Deadline: May 27, 2026_____

Plea Entry Deadline: May 29, 2026_____;
Entry of plea after this deadline may impact consideration for Acceptance of Responsibility under U.S.S.C. Guidelines § 3E1.1.

Status Conference (Counsel Only) set:_____.

Final Pretrial Conference  Set: June 26, 2026 at 8:30 a.m._____.

Dated this __6th__ day of ____March, 2026____.

_____
William P. Kelly, U.S. Magistrate Judge