IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Criminal No. 1:25-cr-003 |
| | ) | |
| v. | ) | INDICTMENT |
| | ) | |
| PHILLIP MAURICE BUNNEY III, | ) | GOVERNMENT'S NOTICE |
| CAREY JAMES LEGVOLD, | ) | OF DESIGNATION OF |
| RYAN JAMES STONE, and | ) | EXPERTS |
| JULIO ROSAS CALDERON | ) | |
| | ) | |
| Defendant(s). | ) | |
| | ) | |

COMES NOW the United States of America, by and through the United States Attorney for the Southern District of Iowa and the undersigned Assistant United States Attorney, and notifies the defendants of its intent to designate the following witnesses as experts:

1. The government designates Special Agent in Charge Matthew Anderson with the Department of Narcotics Enforcement as an expert witness related to his training and experience in working narcotics related cases.  SAC Anderson will highlight the information he has obtained in his investigations of drug distribution and conspiracy cases throughout his career in law enforcement. Such testimony is expected to be consistent with his training and experience in his dealings with the possession and distribution of methamphetamine and other drugs in this area of the country. His testimony will include how drugs are packaged, sold, and transported which includes traveling to other states to obtain methamphetamine and the main source of supply starts in Mexico.  He

1

will further testify as to the price of methamphetamine, the language used by people involved in the distribution of narcotics, the use of cellular phones, social media, wire transfers and cash applications. This testimony will be offered to aid and educate the jury on the distribution of controlled substance and how these drugs are obtained, packaged, sold, cost, and used. He will also testify as to the hierarchy in a conspiracy case and how individuals involved in drug distribution will evade contacts with law enforcement to prevent apprehension or the discovery of any controlled substance and use other individuals/vehicles (couriers) in the transportation and distribution of controlled substances.  A current copy of SAC Anderson's Curriculum Vitae will be provided to Defendant's counsel that details his training, experience, and employment related to drug investigations and enforcement.

2. The government designates Krina Desai, Hilary Brown, Haley Jensen, and Nathan Cunningham as experts. Ms. Desai, Ms. Brown, and Ms. Jensen are forensic chemists with USDOJ Drug Enforcement Administration and Mr. Cunningham is a criminalist with the Iowa Department of Public Safety DCI Crime Laboratory, who will testify in accordance with the Drug Chemistry Report authored by each chemist and the testing of the controlled substances that correlate with their reports that have been produced in discovery. Each chemist will testify as to the methods and procedures used to make findings and identify any controlled substances based on current standards.  A current copy of her Curriculum Vitae will be provided to Defendant's counsel that

details each of their education, training, experience, and employment related

to their occupations as forensic chemists and criminalist.

Respectfully submitted,

David C. Waterman
United States Attorney

By:   /S/Shelly Sudmann
Shelly Sudmann
Assistant U.S. Attorney
2146 27th Avenue, Suite 400
Council Bluffs, Iowa 51501
Tel:  (712) 256-5009
Email: shelly.sudmann@usdoj.gov

CERTIFICATE OF SERVICE

I hereby certify that on March 9, 2026, I
electronically filed the foregoing with the
Clerk of Court using the CM ECF system. I hereby
certify that a copy of this document was served
on the parties or attorneys of record by:

_____U.S. Mail _____ Fax _____Hand Delivery

  X  ECF/Electronic filing    ____Other means

UNITED STATES ATTORNEY

By: /s/ SCT
     Paralegal Specialist

3