# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF IOWA

**UNITED STATES OF AMERICA**,

  Plaintiff

vs.

**CAREY JAMES LEGVOLD,**

  Defendant

**Criminal No. 1:26-cr-0003**

**ENTRY OF APPEARANCE**
**FOR CAREY JAMES LEGVOLD**

Comes now attorney Dennis E. McKelvie who enters his appearance for Defendant Carey James Legvold in all matters related hereto.

Respectfully submitted March 25, 2026

/s/ Dennis E. McKelvie

_____

By:  Dennis E. McKelvie
P.O. Box 213
Grinnell, Iowa  50112
(641)236-6631
(641) 821-0512 cell
(641) 843-7553 fax
dsmckel@gmail.com

All parties hereto served by ECF