IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | ) ) ) | Criminal No. 1:26-cr-003 |
| v. | ) ) ) | **ENHANCEMENT INFORMATION** |
| RYAN JAMES STONE, | ) ) ) | **AND NOTICE OF PRIOR CONVICTION – AMENDED** |

Pursuant to Title 21, United States Code, Section 851(a)(1), the government files the following information notifying Defendant, Ryan James Stone, that he is subject to increased penalties by reason of one or more of the following convictions:

1.    Defendant is charged in Count 1 of the Indictment with Conspiracy to Distribute a Controlled Substance, in violation of Title 21, United States Code, 846 and 841(b)(1)(A).

2.    A "serious drug felony," is defined under 21 U.S.C. § 802(58).

3.    If Defendant is convicted of the offense charged in Count 1, the government will seek increased punishment pursuant to Title 21, United States Code, Section 841(b), based on the following conviction for a serious drug felony:

a.    Prior to the commission of the offense charged in Count 1 of this Indictment, the defendant, Ryan James Stone, was convicted of Possession with Intent to Distribute Methamphetamine, in violation of Title 21, United States Code, Section 841(a)(1) and 841(b)(1)(B), in the Southern District of Iowa, case number 4:10-cr-21, on February 11, 2011, a serious drug felony, for which the defendant served more than 12 months of imprisonment and in

which the defendant was released from any term of imprisonment within 15 years of the commencement of the instant offense.

Respectfully submitted,

David C. Waterman
United States Attorney

By:    */s/ Shelly M. Sudmann*
       Shelly M. Sudmann
       Assistant United States Attorney
       United States Courthouse
       2146 27th Avenue, Suite 400
       Council Bluffs, Iowa 51501
       Tel: (712) 256-5009
       Fax: (712) 256-5112
       Email:  Shelly.Sudmann@usdoj.gov

CERTIFICATE OF SERVICE

I hereby certify that on April 6, 2026, I electronically filed the foregoing with the Clerk of Court using the CM ECF system. I hereby certify that a copy of this document was served on the parties or attorneys of record by:

_____U.S. Mail _____ Fax _____Hand Delivery

_X___ECF/Electronic filing _____Other means (Email)

UNITED STATES ATTORNEY

By*: /s/ SCT*
    Paralegal Specialist